IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RAMON E. MEJIAS NEGRON,

Petitioner,

vs.

CIVIL ACTION NO. CV205-042

UNITED STATES PROBATION OFFICER
and JOSE M. VAZQUEZ, Warden,

Respondents.

## ORDER

Petitioner has filed a "Petition for Judgment of Default Pursuant to F. R. Civ. P. 55(a)(b)(1)(e)." (Doc. 10.) He asserts that Respondents failed to respond to his petition for habeas relief filed pursuant to 28 U.S.C. § 2241. The government has filed a response. For the reasons set forth in the Government's response, Petitioner's Motion for Default Judgment is **DENIED**.

**SO ORDERED**, this 6th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

NEGRON )

vs )  CASE NUMBER CV205-42

US PROBATION OFFICER, ET AL. )  DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/6/05, which is part of the official record of this case.

Date of Mailing: 6/6/05

Date of Certificate  ☒ same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Amy Lee Copeland
Ramon Mejias-Negron, 02708-069, FCI Jesup, 2680 Highway 301 S, Jesup, G 31599

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate