
FILED
U.S. DIST. COURT
BRUNSWICK DIV

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

RAMON E. MEJIAS NEGRON,

    Petitioner,

vs.

UNITED STATES PROBATION OFFICER
and JOSE M. VAZQUEZ, Warden,

    Respondents.

CIVIL ACTION NO. CV205-042

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation. Across the face of his copy of the Report and Recommendation, Petitioner has handwritten the following:

### DeFacto Order

I accept your order and recommendation for value and consideration in return post settlement and closure case number CIV Action 205-040. Autotris Number 580889021. CVSIP E. 6282314-S.S. 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. Please use my exception for full settlement and closure of this account as this account is prepaid and except from levy. July 28, 2005.
Ramon E. Mejias Negron secured party creditor of Ramon E. Mejias, Debtor.

The Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. The petition for writ of *habeas corpus*, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 8th day of August, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

RAMON E. MEJIAS-NEGRON )

vs ) CASE NUMBER CV205-42

USPO, WARDEN VAZQUEZ ) DIVISION BWK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/9/05  ORDER & JGM, which is part of the official record of this case.

Date of Mailing: 8/9/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

**Name and Address**

RAMON E. MEJIAS-NEGRON  FCI JESUP  2680 HIWAY 301 S  JESUP, GA  31599
AMY LEE COPELAND

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate