# United States District Court
## Southern District of Georgia

RAMON E. MEJIAS NEGRON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-52

UNITED STATES PROBATION OFFICER
AND JOSE M. VAZQUEZ, WARDEN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated August 9, 2005, adopting the Report and Recommendation of the Magistrate Judge to grant Respondent's Motion to dismiss; Judgment of dismissal is hereby entered and this case stands dismissed.

EOD: 8/9/05

_____
Deputy Clerk

August 9, 2005
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

# United States District Court
*Southern District of Georgia*

RAMON E. MEJIAS-NEGRON )

vs ) CASE NUMBER CV205-42

USPO, WARDEN VAZQUEZ ) DIVISION BWK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/9/05 ORDER & JGM, which is part of the official record of this case.

Date of Mailing: 8/9/05

Date of Certificate   [X] same date,   or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

**Name and Address**

RAMON E. MEJIAS-NEGRON  FCI JESUP  2680 HIWAY 301 S  JESUP, GA  31599
AMY LEE COPELAND

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate